\U

**RECEIVED**

UNITED STATES DISTRICT COURT

FEB 18 2026    VJJ

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**


ERIC LARAMORE,

Plaintiff,

1:26-cv-01794
Judge LaShonda A. Hunt
Magistrate Judge Maria Valdez
RANDOM/Cat 2.

v.


WALMART STORES, INC.,

d/b/a SAM'S CLUB #6349,

Defendant.


Case No. _____


**COMPLAINT**

I. JURISDICTION AND VENUE

1. This action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.
2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331.
3. This Court has supplemental jurisdiction under 28 U.S.C. § 1367 over Plaintiff's Illinois Human Rights Act claim.
4. Venue is proper in this District under 28 U.S.C. § 1391(b).

II. PARTIES

5. Plaintiff Eric Laramore is a resident of Chicago, Illinois.
6. Defendant Walmart Stores, Inc. operates Sam's Club #6349 in Evergreen Park,

Illinois.

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

7. Plaintiff filed a Charge of Discrimination with the EEOC.
8. Plaintiff dual-filed with the Illinois Department of Human Rights.
9. The EEOC issued a Notice of Right to Sue dated November 24, 2025.
10. Plaintiff received the Notice on or about _11-25_ , 2025.
11. This action is filed within ninety (90) days of receipt.

## IV. FACTUAL ALLEGATIONS

12. Plaintiff was employed as a Tire and Battery Technician.
13. In or about _August_ 2024, Plaintiff was threatened with serious bodily harm by a coworker.
14. Plaintiff reported the threat to management, Walmart Global Ethics, and local law enforcement.
15. An Evergreen Park Police Department report was generated.
16. Shortly after reporting, Plaintiff experienced increased scrutiny and disciplinary actions.
17. Plaintiff disputes the allegations.
18. Plaintiff's employment was terminated on or about _2-7_ ~~2024~~ _2025_
19. The timing and surrounding circumstances demonstrate a causal connection between Plaintiff's protected activity and termination.
20. The Illinois Department of Employment Security determined that misconduct was not established and awarded unemployment benefits.

## COUNT I – RETALIATION (Title VII)

21. Plaintiff engaged in protected activity.
22. The defendant was aware of the protected activity.
23. Defendant terminated Plaintiff's employment.
24. Defendant's actions constitute unlawful retaliation.

## COUNT II – RETALIATION (Illinois Human Rights Act)

25. Plaintiff engaged in protected activity under Illinois law.
26. Defendant terminated Plaintiff's employment.
27. Defendant's actions violated the Illinois Human Rights Act.

DAMAGES

28. Plaintiff suffered lost wages, emotional distress, and other damages.

PRAYER FOR RELIEF

Plaintiff requests judgment in his favor, back pay, compensatory and punitive damages, costs, and all other relief deemed appropriate. Plaintiff seeks $400,000 in damages.

JURY DEMAND

Plaintiff demands a trial by jury.

Respectfully submitted,

Eric Laramore PRO SE
Plaintiff, Pro Se
10227 S Peoria St
Chicago, Illinois 60643
773-418-3878
3riclaramore777@gmail.com

Date: 2-18-2026

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Chicago District Office
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 11/24/2025

**To:** Mr. Eric Laramore
10227 S. Peoria street Chicago, Illinois 60643
CHICAGO, IL 60643
Charge No: 440-2025-04314

EEOC Representative and email:   EVA BARAN
INVESTIGATOR
EVA.BARAN@EEOC.GOV

---

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 440-2025-04314.

On behalf of the Commission,

Digitally Signed By:Amrith Kaur Aakre
11/24/2025
Amrith Kaur Aakre
District Director

**Cc:**
NA NA
SAMS CLUB 6349
9400 S.Western Evergreen Park, Illinois
EVERGREEN PARK, IL 60805

Scott A Forman
Walmart (c/o Littler Mendelson PC)
2301 McGee Street Suite 700
Kansas City, MO 64108

Scott A Forman
Walmart Stores, Inc
2301 McGee Street #800
Kansas City, MO 64108

Please retain this Notice for your records.